**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No. CR 14-00196 CRB

12              Plaintiff,                    **ORDER DENYING THIRD MOTION
                                              TO INTERVENE AND MOTION TO
13        v.                                  DISQUALIFY JUDGE**

14   KWOK CHEUNG CHOW, a/k/a "Raymond
     Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy,"
15   et al.

16              Defendants.
                                          /
17

18        The Court is in receipt of another document filed by an individual named Kuang-Bao

19   P. Ou-Young, entitled "Defendant-Intervenor Applicant's Notice of Motions and Third

20   Motion to Intervene and Motion to Disqualify Judge." Those Motions are DENIED for the

21   same reasons as Mr. Ou-Young's previous motions. See Orders (dkt. 368, 345).

22        **IT IS SO ORDERED.**

23

24   Dated: August 1, 2014         _____
                                   CHARLES  R. BREYER
25                                 UNITED STATES DISTRICT JUDGE

26

27

28

G:\CRBALL\2014\196\order re intervene 3.wpd